| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SAILAJA M. PAIDIPATY (NYBN 5160007)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6821 |
| 7 | sailaja.paidipaty@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-0519 RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM MARCH 5, 2019, TO MARCH 19, 2019, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| ERIC HERRERA, | ) | |
| Defendant. | ) | |

The parties appeared before the Court on February 5, 2019, for a status conference. At that time, a further status was scheduled for March 5, 2019. The government has produced discovery and extended a tentative plea offer. The Defendant at this time anticipates entering an open plea to the charges.

Based on an unanticipated scheduling conflict on behalf of government counsel, the parties request that the March 5, 2019, hearing be continued to March 19, 2019 at 2:30 p.m. The parties agree and jointly request that the time between March 5, 2019, and March 19, 2019, should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0519 RS

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 | DAVID L. ANDERSON |
| | United States Attorney |

1     SO STIPULATED:

                                       DAVID L. ANDERSON
                                       United States Attorney

DATED: February 28, 2019                                    /s/
                                       SAILAJA M. PAIDIPATY
                                       Assistant United States Attorneys

DATED: February 28, 2019                                    /s/
                                       DANIEL BLANK
                                       Attorney for the Defendant

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0519 RS

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS |
| 3 | that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of |
| 4 | justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the |
| 5 | Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued |
| 6 | until March 19, 2019 at 2:30 p.m., and time is excluded until March 19, 2019. |

DATED: 2/28/19

_____
HON. RICHARD SEEBORG
United States District Judge